## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ )<br>(DROSPIRENONE) MARKETING, SALES )<br>PRACTICES AND PRODUCTS LIABILITY )<br>LITIGATION )<br>                                            ) | **3:09-md-02100-DRH**<br><br>**MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| *Penny Bertolasio, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11464-DRH |
| *Carrie Brooks, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12724-DRH |
| *Brianna Cabiao v. Bayer Corporation, et al.* | No. 09-cv-10224-DRH |
| *Carla K. Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13551-DRH |
| *Colleen M. Dreher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12299-DRH |
| *Jennifer DuFore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10201-DRH |
| *Jessica Frank v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12613-DRH |
| *Samantha J. Galbraith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13491-DRH |
| *Raiza Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10222-DRH |
| *Amanda Gardenour v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11717-DRH |
| *Nicole Gossage v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11166-DRH |
| *Angie D. Graves, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11705-DRH |
| *Gayna Guidici, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12203-DRH |

| | |
|---|---|
| *Stephanie Hartzfeld v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10582-DRH |
| *Jaleesa Haygood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11167-DRH |
| *Jennifer C. Hein v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10809-DRH |
| *Christina M. Hebert, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12615-DRH |
| *Heather Holliday, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11602-DRH |
| *Ellen Hollingsworth, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10916-DRH |
| *Virginia Kauffman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12207-DRH |
| *Rebecca Kurtz v. Bayer Corporation, et al.* | No. 10-cv-10076-DRH |
| *Christina LaBelle, et al. v. Bayer HealthCare harmaceuticals Inc., et al.* | No. 10-cv-12208-DRH |
| *Tracy Laforet-Neer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10223-DRH |
| *Ashley Lenardi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10291-DRH |
| *Lynda Lindsay v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10798-DRH |
| *Elizabeth M. Lofgren v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12759-DRH |
| *Brittany Looney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10285-DRH |
| *Bryn K. Mahan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10465-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 23, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY: _ /s/*Caitlin Fischer*_
**Deputy Clerk**

**Dated:**  June 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.24
16:33:41 -05'00'

**APPROVED:**
**CHIEF JUDGE
U. S. DISTRICT COURT**

3